No. 628. GOLDBERG v. HENDRICK, COUNTY PRISONS SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. *Malcolm W. Berkowitz* for petitioner. *Donn I. Cohen* for respondent.

No. 629. ROTWEIN v. KOHLMEYER & Co. Sup. Ct. Miss. Certiorari denied. *Garner W. Green* for petitioner.

No. 631. DIRECTORS GUILD OF AMERICA, INC. v. HURWITZ ET AL. C. A. 2d Cir. Certiorari denied. *Louis Nizer* for petitioner.

No. 632. FUKAYA TRADING Co., S. A. v. EASTERN MARINE CORP., OWNER OF THE EASTERN ARGO. C. A. 5th Cir. Certiorari denied. *Moise S. Steeg, Jr.,* and *Donald A. Meyer* for petitioner. *Brunswick G. Deutsch* for respondent.

No. 635. PUBLISHERS' ASSOCIATION OF NEW YORK CITY ET AL. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 2d Cir. Certiorari denied. *John R. Schoemer, Jr.,* for petitioners. *Solicitor General Marshall, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondents. *Robert E. McKean* for Detroit Newspaper Publishers Association, as *amicus curiae,* in support of the petition.

No. 652. UNITED STATES FOR THE USE OF TANOS v. ST. PAUL MERCURY INSURANCE Co. C. A. 5th Cir. Certiorari denied. *Helen Tanos Hope* for petitioner. *Goble D. Dean* for respondent.

No. 655. CHRYSLER MOTORS CORP. ET AL. v. BUONO SALES, INC., ET AL. C. A. 3d Cir. Certiorari denied. *Frank C. O'Brien* for petitioners. *Samuel Carotenuto* for respondents.